

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 2 9 2008

LORETTA G. WHYTE
CLERK

TO THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

United States of America          *
                Plaintiff          *
                                   *
V.                                 *      Case No. 00-00072-001
  Abram Recasner                   *
                                   *

--------------------------------------------------------------------
                 MOTION  FOR  REDUCTION  OF  SENTENCE
--------------------------------------------------------------------

   Now comes the movant, Abram Recasner, Prose, and moves this honorable court,
Pursuant to 18:USC & 3582 [C] [2] and 1B1.10 of the sentencing guide lines,
to reduce his sentence based upon the Amendment to 201.1 of the guidelines,
which became effective December 11, 2007 and became retroactive November 13,
2007 and for ground states the following:

TENDERED FOR FILING

FEB 2 9 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

                            SENTENCING

On February 14, 2001, Movant  was sentenced to A term of imprisonment of
151 months by this court for intent to distribute crack cocaine.
Morvant was found guilty at trial of possession with intent to distribute
crack cocaine [50 grams]. Applying the applicable provision as they existed
on the date of sentencing, the 50 grams amounted to A base level of 32 under
the guidelines, including A 2 point enhancement for obstruction of justice
which amounted to A base level of 34 under the guidelines.

Effective November 1, 2007, section 2D1.1 of the sentencing guidelines was
amended to reduce offence levels by 2 points for movants particular offense.
The new starting point for the movant would be 32 instead of 34. The movant
criminal history is 1, yielding A new range of 121-151 months. If this
honorable court maintains its position and imposes the low end of the new
range, movant believes his release would be sooner, but also in this honorable
Court discretion.

Wherefore, based on the foregoing argument and authorities, this honorable
court is respectfully urged to reduce the defendants sentence and enter A new
judgement in A criminal case reflecting said change in the defendants sentence
and any other relief which this honorable court deems just and fair.

Fee_____
__ Process_____
X  Dktd_____
X  CtRmDep_____
Doc. No._____

Respectfully Submitted,

_____

Abram Recasner    #26976-034        date
SCP Yazoo City
PO  Box  5000
Yazoo City, MS.  39194

