✎ LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Abram Recasner ) | Case No: 00-72 |
| ) | USM No: 26976-034 |
| Date of Previous Judgment: 02/23/2001 ) | John Craft |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151  months for Counts 1 & 2  **is reduced to**  120 Months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  34            Amended Offense Level:  31
Criminal History Category:  I           Criminal History Category:  I
Previous Guideline Range:  151  to  188  months   Amended Guideline Range:  120  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated  02/23/2001  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/24/2008

_____
Judge's signature

Effective Date:  05/01/2008            Hon. Stanwood R. Duval, Jr., U.S. District Judge
(if different from order date)                 Printed name and title